IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>PRECILIANO H. LOPEZ,<br><br>　　　　　　Defendant. | **8:20CR209**<br><br>**ORDER** |

IT IS ORDERED:

1)　At 5:00 p.m. today, September 23, 2020, the Marshal shall release Defendant Preciliano H. Lopez to his attorney, James Hoppe.

2)　Defendant Lopez shall travel to the Eastern District of California by Amtrak. Before 12:00 p.m. (noon) on September 28, 2020, Lopez shall contact the pretrial services office in the Eastern District of California to notify that office of his arrival in that district.

Dated this 23rd day September, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge